# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| OPTRONICS INTERNATIONAL, LLC, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 10-CV-215-TCK-TLW |
| ) | |
| THOMAS W. ROGERS, ) | |
| TRAC OUTDOOR PRODUCTS ) | |
| COMPANY, ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

Notice was given on November 1, 2010, that this case would be dismissed for failure to prosecute if no action was taken by December 1, 2010. Because no action was taken, this matter is hereby dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b). This order terminates the case.

**SO ORDERED this 2nd day of December, 2010.**

_____
**TERENCE C. KERN**
**UNITED STATES DISTRICT JUDGE**